The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>RACHELLE DIAZ (a/k/a RACHELLE VIDAL FLANSAAS),<br><br>          Defendant. | NO. 2:25-cr-00017-RAJ<br><br>ORDER CONTINUING TRIAL DATE AND SETTING PRETRIAL DEADLINES |

THE COURT, having reviewed the stipulated motion and the records and files in this case, hereby GRANTS the motion and it is THEREFORE ORDERED THAT:

To accommodate the Court's schedule, the parties agree that the trial date in this matter shall be continued to **November 17, 2025**. Defendant has waived her right to a speedy trial through December 31, 2025. Dkt. 20.

The Court finds that the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

The Court further finds that the period of delay from the date of this order to the new trial date of November 17, 2025, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

1  IT IS FURTHER ORDERED that the United States has until **September 11, 2025** to provide notice of expert testimony that it intends to use in its case in chief, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(i).

IT IS FURTHER ORDERED that the defense has until **September 25, 2025** to provide notice of expert testimony that it intends to use, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C)(i).

IT IS FURTHER ORDERED that the United States has until **October 2, 2025** to provide notice of expert testimony that it intends to use in rebuttal to counter expert testimony that the defense has disclosed, pursuant Federal Rule of Criminal Procedure 16(a)(1)(G)(i).

IT IS FURTHER ORDERED that the United States has until **October 2, 2025** to provide notice of its intent to introduce evidence under Federal Rules of Evidence 404(b) or 609.

IT IS FURTHER ORDERED that the parties have until **October 6, 2025** to file pretrial motions and motions in limine.

IT IS FURTHER ORDERED that the parties have until **October 20, 2025** to file oppositions to pretrial motions and motions in limine.

IT IS FURTHER ORDERED that the parties have until **October 27, 2025** to file replies to pretrial motions and motions in limine.

IT IS FURTHER ORDERED that the pretrial conference will be scheduled at a future date and time to be determined.

///
///
///
///
///

IT IS FURTHER ORDERED that any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

DATED this 14th day of July, 2025.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge