The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RACHELLE DIAZ (a/k/a RACHELLE VIDAL FLANSAAS),<br><br>Defendant. | No. 2:25-cr-00017-RAJ<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture (the "Motion") seeking to forfeit, to the United States, Defendant Rachelle Diaz's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $56,147.20, representing the proceeds Defendant obtained from her commission of *Bank Fraud*, in violation of 18 U.S.C. § 1344 and 2.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS an Order of Forfeiture is appropriate for the following reasons:

1. The proceeds of *Bank Fraud*, in violation of 18 U.S.C. § 1344 and 2, are forfeitable pursuant to 18 U.S.C. § 982(a)(2)A);

ORDER OF FORFEITURE - 1
*United States v. Rachelle Diaz (a/k/a Rachelle Vidal Flansaas)*
2:25-cr-00017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. In her Plea Agreement, Defendant agreed to forfeit this $56,147.20 sum of money pursuant to 18 U.S.C. § 982(a)(2)A as it reflects proceeds Defendant obtained from her commission of *Conspiracy to Commit Wire Fraud*, in violation of 18 U.S.C. § 1344 and 2, as charged in Count 1 of the Indictment, to which she pleaded guilty, Dkt. Nos. 1, 25 ¶ 13; and

3. The forfeiture of this $56,147.20 sum of money is personal to Defendant, and, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and his Plea Agreement, Defendant's interest in the above-identified $576,805.57 sum of money is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant at the time he is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this $56,147.20 sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $56,147.20; and

///
///
///
///
///
///

ORDER OF FORFEITURE - 2
*United States v. Rachelle Diaz (a/k/a Rachelle Vidal Flansaas)*
2:25-cr-00017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     5.     The Court will retain jurisdiction in this case for the purpose of enforcing
2 this Order, as necessary.

4     IT IS SO ORDERED.

6     DATED this 18th day of November, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF FORFEITURE - 3
*United States v. Rachelle Diaz (a/k/a Rachelle Vidal Flansaas)*
2:25-cr-00017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970